FILED

2010 Feb-11  PM 12:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| THOMAS GOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 09-G-1522-NE |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

The plaintiff, Thomas Gold, brings this action seeking judicial review of a

final adverse decision of the Commissioner of the Social Security Administration (the

Commissioner) denying his application for Social Security Benefits.  Thomas Gold filed

an application for Social Security Benefits.  Thereafter, plaintiff timely pursued and

exhausted the administrative remedies available before the Commissioner.  Accordingly,

this case is now ripe for judicial review pursuant to the provisions of section  205(g) of

the Social Security Act (the Act), 42 U.S.C. § 405(g).

The sole function of this court is to determine whether the decision of the

Commissioner is supported by substantial evidence and whether proper legal standards

were applied.  Bloodsworth v. Heckler, 703 F.2d 1233, 1239 (11th Cir. 1983).  To that

end this court "must scrutinize the record as a whole to determine if the decision reached

is reasonable and supported by substantial evidence." Bloodsworth, at 1239 (citations

omitted).  Substantial evidence is "such relevant evidence as a reasonable person would

accept as adequate to support a conclusion." Bloodsworth, at 1239.  The court has

carefully reviewed the entire record in this case and is of the opinion that the

Commissioner's decision is supported by substantial evidence and that proper legal

standards were applied in reaching that decision.  Accordingly, the decision of the

Commissioner must be affirmed.

A separate order in conformity with this memorandum opinion will be

entered.

DONE and ORDERED 11 February 2010.

_____
UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.